IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE PRICE,    )<br>    Plaintiff,    )<br>    )<br>vs.    )<br>    )<br>JEFFERSON S. DUNN,    )<br>COMMISSIONER, ALABAMA    )<br>DEPARTMENT OF CORRECTIONS, in    )<br>his official capacity, et al.,<br>    Defendants. | Civil Action No. 14-0472-KD-C |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated October 20, 2015 (Doc. 39), is **ADOPTED** as the opinion of this Court and it is **ORDERED** that the Defendants' motion to dismiss the amended complaint (Doc. 35) is **DENIED.**

**DONE** and **ORDERED** this **10th** day of **November 2015**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**